LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246



October 30, 2020

**VIA ECF**

Hon. John G. Koeltl, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Sapon Sapon et al v. John Doe Corporation et al*, 20 CV 3924 (JGK)

Dear Judge Koeltl:

    This firm represents the plaintiff in the above-referenced action. The plaintiff moves to adjourn the November 2, 2020, conference scheduled for 12:00p.m. The plaintiff just filed a notice of voluntary dismissal without prejudice. No defendant has appeared. I apologize to the Court for the lateness of this request.

    I thank the Court for its time and consideration.

Respectfully submitted,

*John M. Gurrieri*

John M. Gurrieri

APPLICATION GRANTED
SO ORDERED

10/30/20

John G. Koeltl, U.S.D.J.

277 BROADWAY, SUITE 408, NEW YORK, N.Y. 10007-2036